STATE OF INDIANA ) PUTNAM SUPERIOR COURT
) SS: 2020 TERM
COUNTY OF PUTNAM ) CAUSE NO. 67D01-2001-CB-003

**FILED**
JAN 15 2020

*[Clerk signature]*
CLERK PUTNAM SUPERIOR COURT

## ORDER

The Court has been informed that some filings from the Putnamville Correctional Facility, (PCF) are being treated with illegal substances prior to the Court's Clerk receiving them. Therefore, the Court has suspended processing any and all filings submitted from PCF until further notice. Do not contact the Court inquiring about the status of any previously filed complaints. They will be processed, if possible, returned, or destroyed as contraband.

**ALL OF WHICH IS ORDERED** by the Court this 15th day of January, 2020.

_____
Honorable Charles D. Bridges,
Judge Putnam Superior Court

DISTRIBUTION:

Putnamville Correctional Facility



RECEIVED
JAN 29 2020
ISF Litigation Office